THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **CEDRIC L. HILL AND** | |
| **TRACIE L. HILL** | **PLAINTIFFS** |
| | |
| v. | **Case No. 4:20-cv-01030-KGB** |
| | **Case No. 4:20-md-2949 KGB** |
| | |
| **WRIGHT MEDICAL TECHNOLOGY, INC.** | **DEFENDANT** |

## ORDER

Before the Court is a stipulation of dismissal with prejudice (Dkt. No. 26). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own costs and fees.

It is so ordered this 24th day of January, 2023.

Kristine G. Baker
United States District Judge